```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Fouquet Trading, LLC,

                Defendant.

23 Civ. 9812 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 8, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by January 10, 2024. ECF No. 5. Those submissions are now overdue. Accordingly, by **February 9, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge