USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LYNN ZELVIN, individually and on behalf of all others similarly situated,

                      Plaintiffs,

   -against-

FOUQUET TRADING, LLC.

                      Defendant.
-------------------------------------------------------------X

Case No. 1:23-cv-9812

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: May 14, 2024

New York, New York

Mars Khaimov Law, PLLC

By: _____

Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717 (direct)
mars@khaimovlaw.com
*Attorneys for Plaintiff*

Sheppard, Mullin, Richter & Hampton LLP

By: _____

Sean Kirby, Esq.
30 Rockefeller Plaza
New York, NY 10112-0015
212-653-8700
SKirby@sheppardmullin.com
*Attorneys for Defendant*

SO ORDERED.

Dated: May 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge